| | |
|---|---|
| 1 | NATE A. GARHART (State Bar No. 196872) |
| | nate@cobaltlaw.com |
| 2 | VIJAY K. TOKE (State Bar No. 215079) |
| | vijay@cobaltlaw.com |
| 3 | AMANDA R. CONLEY (State Bar No. 281270) |
| | amanda@cobaltlaw.com |
| 4 | COBALT LLP |
| | 918 Parker Street, Bldg. A21 |
| 5 | Berkeley, CA 94710 |
| | Telephone:  (510) 841-9800 |
| 6 | Facsimile:  (510) 295-2401 |

DUANE H. MATHIOWETZ (State Bar No. 111831)
duane.mathiowetz@leclairryan.com
PATRICIA L. PEDEN (State Bar No. 206440)
patricia.peden@leclairryan.com
LECLAIRRYAN LLP
44 Montgomery Street, 18th Floor
San Francisco, CA 94104
Telephone:  (415) 391-7111
Facsimile:  (415) 391-8766

Attorneys for Defendant
AMADEUS NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WAVE STUDIO LLC, a New York Limited Liability Company, | Case No.: 15-CV-01364-RS |
| Plaintiff, | ORDER **STIPULATION TO EXTEND TIME FOR DEFENDANT AMADEUS NORTH AMERICA, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (CIVIL L.R. 5 and 6-1(a))** |
| v. | |
| AMADEUS NORTH AMERICA, INC., a Florida Corporation, CATHAY PACIFIC AIRWAYS LTD., a Hong Kong Corporation, KONINKLIJKE LUCHTVAART MAATSCHAPPIJ, N.V., a Netherlands Antilles Corporation d/b/a KLM ROYAL DUTCH AIRLINES, JOHN LIM, an individual d/b/a TRAVELS-WEB, PRICELINE.COM LLC, a Delaware Corporation and DOES 1-100, | Complaint filed:   March 24, 2015<br>Complaint served: May 22, 2015<br>Response due:       June 12, 2015<br>Response due by<br>stipulation:           July 13, 2015 |
| Defendants. | |

---

1
STIPULATION TO EXTEND TIME FOR DEFENDANT AMADEUS NORTH AMERICA, INC. TO RESPOND
TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS

Pursuant to Civil Local Rules 5 and 6-1(a), it is HEREBY STIPULATED by and between Plaintiff THE WAVE STUDIO, LLC ("Plaintiff") and Defendant AMADEUS NORTH AMERICA, INC. ("Defendant"), that Defendant shall have up to and including July 13, 2015 to answer or otherwise respond to Plaintiff's Complaint, including but not limited to a challenge as to service, jurisdiction and/or venue.

This is the first extension of time sought by defendant Amadeus North America, Inc. It will provide time for Plaintiff to amend its complaint to identify the correct Amadeus entity. Amadeus does not believe that this extension will affect any other deadline already set by the court as to the named parties or will prejudice any of the named parties.

Respectfully submitted,

Dated: June 12, 2015        LECLAIRRYAN LLP
                            */s/ Duane H. Mathiowetz*
                            Duane H. Mathiowetz
                            Attorneys for Defendant
                            AMADEUS NORTH AMERICA, INC.

Dated: June 12, 2015        COBALT LLP
                            */s/ Vijay K. Toke*
                            Vijay K. Toke
                            Attorneys for Plaintiff
                            THE WAVE STUDIO, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/12/15              _____
                            The Honorable Richard Seeborg
                            United States District Judge