| | |
|---|---|
| 1 | NATE A. GARHART (State Bar No. 196872) |
| 2 | nate@cobaltlaw.com<br>VIJAY K. TOKE (State Bar No. 215079) |
| 3 | vijay@cobaltlaw.com<br>COBALT LLP |
| 4 | 918 Parker Street, Bldg. A21<br>Berkeley, CA 94710 |
| 5 | Telephone: (510) 841-9800<br>Facsimile: (510) 295-2401 |
| 6 | Attorney for Plaintiff |
| 7 | THE WAVE STUDIO, LLC |
| 8 | ROBERT A. WEIKERT (State Bar No. 121146)<br>rweikert@nixonpeabody.com |
| 9 | JOHN A. CHATOWSKI (State Bar No. 174471)<br>jchatowski@nixonpeabody.com |
| 10 | NIXON PEABODY LLP<br>One Embarcadero Center, Suite 1800 |
| 11 | San Francisco, CA 94111<br>Telephone: (415) 984-8200 |
| 12 | Facsimile: (415) 984-8300 |
| 13 | Attorney for Defendant<br>CATHAY PACIFIC AIRWAYS LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>AMADEUS NORTH AMERICA, INC., a Florida Corporation, CATHAY PACIFIC AIRWAYS LTD., a Hong Kong Corporation, KONINKLIJKE LUCHTVAART MAATSCHAPPIJ, N.V., a Netherlands Antilles Corporation d/b/a KLM ROYAL DUTCH AIRLINES, JOHN LIM, an individual d/b/a/ TRAVELS-WEB, PRICELINE.COM LLC, a Delaware Corporation and DOES 1-100,<br><br>　　　　　Defendants. | Case No.  15-cv-01364-RS<br>ORDER<br>**FURTHER STIPULATION TO EXTEND TIME FOR DEFENDANT CATHAY PACIFIC AIRWAYS LTD. TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint filed:　　March 24, 2015<br>Complaint served:　May 21, 2015<br>Original Response due:　　　　　　June 11, 2015<br>Response due by First stipulation:　July 13, 2015<br>Response due by this stipulation:　July 31, 2015 |

-1-

FURTHER STIPULATION TO EXTEND TIME FOR DEFENDANT
CATHAY PACIFIC AIRWAYS LTD. TO RESPOND TO COMPLAINT

WHEREAS, pursuant to Civil Local Rules 5 and 6-1(a), it is HEREBY STIPULATED by and between Plaintiff THE WAVE STUDIO, LLC ("Plaintiff") and Defendant CATHAY PACIFIC AIRWAYS LTD. ("Defendant"), that Defendant shall have up to and including July 31, 2015 to answer or otherwise respond to Plaintiff's Complaint, including but not limited to a challenge as to service, jurisdiction and/or venue.

WHEREAS, this is the second extension of Defendant's deadline to respond to the Complaint. The parties previously stipulated to an extension for Defendant to respond to the Complaint from June 11, 2015 to July 13, 2015. [Dkt. No. 18].

WHEREAS, the parties believe that a further extension of time for Defendant to respond to the Complaint up to and including July 31, 2015, will not alter the date of any event or any deadline already fixed by the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant shall answer or otherwise respond to the Complaint by no later than July 31, 2015.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: July 8, 2015          COBALT LLP

By  */s/ Vijay K. Toke*
    Vijay K. Toke

Attorneys for Plaintiff
THE WAVE STUDIO, LLC

Dated: July 8, 2015          NIXON PEABODY LLP

By  */s/ Robert A. Weikert*
    Robert A. Weikert

Attorney for Defendant
CATHAY PACIFIC AIRWAYS LTD.

ATTESTATION OF CONCURRENCE

I, Robert A. Weikert, attest that I am one of the attorneys for Defendant Cathay Pacific Airways Ltd., and as the ECF user and filer of this document, I attest that pursuant to United States District Court, Northern District of California, Civil L.R. 5-l(i)(3), concurrence in the filing of this document has been obtained from Vijay K. Toke, the above signatory.

Dated: July 8, 2015

By  */s/ Robert A. Weikert*
Robert A. Weikert

**ORDER**

PURSUANT TO ABOVE STIPULATION, IT IS SO ORDERED.

Dated:  July  9 , 2015

Hon. Richard Seeborg
United States District Court Judge

4820-0324-1509.1