United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AMADEUS NORTH AMERICA, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-01364-RS<br><br>**ORDER** |

Parties are advised, pursuant to Civil Local Rule 6-1(a), that they may stipulate without a Court order to extend time within which to answer or otherwise respond to the complaint. This rule affords parties the ability to steer cases efficiently while easing the administrative burden on the judiciary. Accordingly, the Court will not act on the stipulations filed in Docket Numbers 34-36. The initial case management conference for all parties will be held on October 8, 2015 at 10:00 AM in Courtroom 3, 17th Floor, San Francisco.

**IT IS SO ORDERED**.

Dated: July 28, 2015

_____
RICHARD SEEBORG
United States District Judge