1  NATE A. GARHART (CA Bar No. 196872)
   (nate@cobaltlaw.com)
2  VIJAY K. TOKE (CA Bar No. 215079)
   (vijay@cobaltlaw.com)
3
   COBALT LLP
4  918 Parker Street, Bldg. A21
   Berkeley, CA 94710
5  Telephone: (510) 841-9800
   Facsimile: (510) 295-2401
6
7  Attorneys for Plaintiff
   THE WAVE STUDIO, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> AMADEUS NORTH AMERICA, INC., a Florida Corporation, CATHAY PACIFIC AIRWAYS LTD., a Hong Kong Corporation, KONINKLIJKE LUCHTVAART MAATSCHAPPIJ, N.V., a Netherlands Antilles Corporation d/b/a KLM ROYAL DUTCH AIRLINES, JOHN LIM, an individual d/b/a TRAVELS-WEB, PRICELINE.COM LLC, a Delaware Corporation and DOES 1-100, <br><br> Defendants. | Case No.: 3:15-cv-01364-RS <br><br> **STIPULATION TO TRANSFER CASE TO THE SOUTHERN DISTRICT OF NEW YORK AND [~~PROPOSED~~] ORDER THEREON** |

Plaintiff, The Wave Studio, LLC ("Plaintiff"), and Defendants Amadeus North America, Inc. ("Amadeus"), Cathay Pacific Airways Ltd. ("Cathay"), and priceline.com LLC ("Priceline"), collectively ("Defendants"), by and through their attorneys of record hereby agree and stipulate as follows:

1
STIPULATION TO TRANSFER CASE TO THE SOUTHERN DISTRICT OF NEW YORK AND [PROPOSED] ORDER THEREON
STIPULATION TO TRANSFER CASE TO THE SOUTHERN DISTRICT OF NEW YORK AND [PROPOSED] ORDER THEREON

1  WHEREAS, this is a suit for copyright infringement arising out of Defendants' alleged use of photographs purportedly entitled to copyright protection;

WHEREAS, Plaintiff has brought multiple suits against numerous third parties alleging infringement with respect to all or many of the same copyright registration certificates asserted in the present action (hereafter collectively, "the Third Party Suits");

WHEREAS, a number of the Third Party Suits have been transferred from the United States District Court for the Northern District of California to the United States District Court for the Southern District of New York, including, but not limited to, *The Wave Studio, LLC v. American Express Company*, Civil Action No. 7:15-cv-03420, *The Wave Studio, LLC v. Mastercard International, Inc.*, Civil Action No. 7:14-cv-08322, *The Wave Studio, LLC v. Visa Inc.*, Civil Action No. 7:15-cv-04953, *The Wave Studio, LLC v. AOL Inc. et al*, Civil Action No. 7:15-cv-05962, *The Wave Studio, LLC v. United Airlines Inc.*, Civil Action No. 7:15-cv-05392, and *The Wave Studio, LLC v. Virgin America Inc et al*, Civil Action No. 7:15-cv-05960;

WHEREAS, in view of the foregoing, the parties agree that judicial economy would be best served by transferring the current action to the United States District Court for the Southern District of New York;

WHEREAS, defendants KLM Royal Dutch Airlines and Lim have not yet been served with the complaint and have therefore not appeared in the case as of yet. Plaintiff intends to serve them with process through appropriate means once the matter is transferred.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE that:

1. This action be transferred to the Southern District of New York;
2. The deadline for Defendants to answer or otherwise respond to the Complaint shall be extended to thirty (30) days following docketing of the Complaint by the Southern District of New York; and

///

///

STIPULATION TO TRANSFER CASE TO THE SOUTHERN DISTRICT OF NEW YORK AND [PROPOSED] ORDER THEREON

3. The Initial Case Management Conference scheduled for October 8, 2015, and all associated deadlines shall be vacated.

IT IS SO STIPULATED.

DATED: September 1, 2015        COBALT LLP

By:    /s/  Vijay K. Toke
              Vijay K. Toke

Attorneys for Plaintiff
THE WAVE STUDIO, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/1/15

_____
Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE

///
///